People v Contreras (2023 NY Slip Op 00280)

People v Contreras

2023 NY Slip Op 00280

Decided on January 24, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 24, 2023

Before: Webber, J.P., Mendez, Rodriguez, Pitt-Burke , JJ. 

Ind. No. 2570/16 Appeal No. 15140 Case No. 2017-906 

[*1]The People of the State of New York, Respondent,
v
Ian Contreras, Defendant-Appellant.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Neil Ross, J.), rendered July 22, 2016,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and a decision and order of this Court having been entered on January 25, 2022, holding the appeal in abeyance, and upon the stipulation of the parties hereto dated August 23, 2022,
It is unanimously ordered that the said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
The order of this Court entered herein on December 22, 2022 (M-2022-04393) is hereby recalled and vacated.
ENTERED: January 24, 2023